# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thompson , Kathleen | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>04/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **Sun Life Financial (whole life common shares) | A | Dividend | J | T | | | | | |
| 2. **Wells Fargo Bank | A | Interest | J | T | | | | | |
| 3. **IRA #1 Edward Jones | | | | | | | | | |
| 4. **AAPL | A | Dividend | L | T | Sold (part) | 01/23/14 | J | D | |
| 5. **Edward Jones IRA #2 | | | | | | | | | |
| 6. **DODIX (Dodge & Cox Income Fund) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 7. **DODFX (Dodge & Cox Intl Stock Fund) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 8. **NAMAX (Columbia Mid Cap Value) | A | Dividend | J | T | | | | | |
| 9. **EIBIX (Eaton Vance Ind. of Boston) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 10. **HDGIX (Hartford Div & Growth) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 11. **LSIIX (Loomis Sayles Inv Grade Bond Fund) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 12. **MEIIX (MFS Value Fund Cl I) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 13. **IGLIX (ING Global Real Estate Fund Cl I, name change to Voya Global | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 14. **JFMXX (JP Morgan Fed Mon Mkt Fund) | A | Interest | J | T | Buy | 01/23/14 | J | A | |
| 15. **TGVIX (Thornburg Intl Value Fund) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 16. **PRDGX (T Rowe Price Div Growth) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 17. **CRSOX (Credit Suisse Comm Ret Str Cl) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **MWTIX (MetroWest Tot Ret. Bd Cl 1) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 19. **PRCIX (T. Rowe Price New Income) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 20. **SAGIX (Cba Aggressive Growth) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 21. **MFEIX (MFS Growth Fund Cl 1) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 22. **MINIX (MFS International Value Fund Cl I) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 23. **MGOYX (Munder Mid Cap Core Growth Fund) | A | Dividend | J | T | | | | | |
| 24. **HLLVX (JPMorgan Short Duration Bond Fund) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 25. **DISRX (Dreyfus International Stock Fund) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 26. **TGBAX (Templeton Global Bond Fund Advisor Class) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 27. **FVHIX (Franklin High Income Fund Advisor Class) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 28. **WBFFX (Capital World Bond Fund Cl F1) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 29. **BBTBX (Bridge Builder Bond Fund Solicited) | A | Dividend | J | T | Buy | 01/23/14 | J | A | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section 1. The only asset in Trust #1 is my personal residence.

Section VII. Investments and Trusts

**= an asset as of 12/31/14

Line 4 - Lists the only asset (APPL) in IRA #1 Edward Jones.

Line 5 - This is a heading for the assets in IRA #2 Edward Jones that are listed on Line 6 and following.

The stock previously reported as CWBFX on Line 31 of FDR 2013 is the same as the stock previously reported as WBFFX on Line 47 of FDR 2013. Pursuant to trade confirmations, WBFFX is the correct symbol for this stock. CWBFX has been deleted as of FDR 2014. WBFFX is reported on Line 29 of FDR 2014. WBFFX has been purchased in three transactions: (1) on 6/22/2012 with a value of J; (2) on 9/24/2013 with a value of J; and (3) on 1/23/2014 with a value of J.

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Kathleen | 04/28/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kathleen Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544